359 A.2d 180
**J. F. TONER & SON, INC., Appellant,**

v.

**Donald SAVITCH and Elsie Savitch, his wife.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1975.

Decided July 6, 1976.

Gawthrop & Greenwood, Robert S. Gawthrop, Jr., West Chester, for appellant.

C. Richard Morton, West Chester, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.


OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs on appellant.